UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-4328-GW-SKx | Date | June 20, 2025 |
|---|---|---|---|
| Title | *Brian Lataille v. Home Depot U.S.A., Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

The parties have indicated that they have reached a settlement of the entire case and will be filing a stipulation of dismissal within the next weeks. See Docket Nos. 23-24. Based on those filings, the Court takes all of the previously set dates in this matter off-calendar (including the June 23, 2025 post-mediation status conference), and sets an Order to Show Cause re Settlement for July 31, 2025 at 8:30 a.m. The parties shall file either said dismissal or a joint status report by July 28.

|  | : |
|---|---|
| Initials of Preparer | JG |