JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LATAILLE, | Case No. CV 24-4328-GW-SKx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| HOME DEPOT U.S.A., INC., et al., | |
| Defendants. | |

Based upon Plaintiff's Notice of Dismissal [26] filed on July 25, 2025, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: July 28, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE